UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9085 FMO (JEMx) | Date | **January 19, 2017** |
|---|---|---|---|
| Title | **Ling-Yi Qiu v. Nationstar Mortgage LLC, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):     Attorney Present for Defendant(s):

None Present     None Present

**Proceedings:**     **(In Chambers) Order to Show Cause**

On November 23, 2015, plaintiff Ling-Yi Qiu ("plaintiff") filed a Complaint against several defendants, (see Dkt. 1, Complaint), and on February 5, 2016, plaintiff filed the operative First Amended Complaint ("FAC"). (See Dkt. 28, FAC). Defendants filed their Answers on February 26, 2016. (See Dkt. 33, 34, 35).

On June 2, 2016, the court granted in part the parties' Joint Stipulation to Continue Trial and Related Dates ("Stipulation"). (See Dkt. 38, Court's Order of June 2, 2016). Among other things, the court set August 16, 2016, as the deadline for the parties to complete their settlement conference. (See id. at 1). The order directed the parties to file a Notice of Settlement no later than 24 hours after the settlement proceeding if the case settled, or if the case did not settle, a Status Report Re: Settlement no later than 48 hours after the settlement proceeding. (See id.). As of the date of this Order, the parties have not filed a Notice of Settlement or a Status Report Re: Settlement. Accordingly, IT IS ORDERED that no later than **January 23, 2017**, the parties shall show cause in writing why this case should not be dismissed or sanctions imposed for failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). A stipulation of dismissal and/or notice of settlement shall be deemed a satisfactory response to the order to show cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |